Hearing Date: October 11, 2019 at 10:00 am (Prevailing Eastern Time)
Objection Deadline: October 2, 2019 at 4:00 pm (Prevailing Eastern Time)

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Marc J. Tobak
Gerard X. McCarthy

*Proposed Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |
| **PURDUE PHARMA L.P., PURDUE PHARMA INC., PURDUE TRANSDERMAL TECHNOLOGIES L.P., PURDUE PHARMA MANUFACTURING L.P., PURDUE PHARMACEUTICALS L.P., PURDUE PHARMA OF PUERTO RICO, PURDUE PHARMACEUTICAL** | Adv. Pro. No. 19-08289 (RDD) |

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PRODUCTS L.P., RHODES PHARMACEUTICALS L.P., RHODES TECHNOLOGIES, and AVRIO HEALTH L.P.,**

**Plaintiffs**,

**v.**

**COMMONWEALTH OF MASSACHUSETTS; COMMONWEALTH OF PENNSYLVANIA by ATTORNEY GENERAL JOSH SHAPIRO; COMMONWEALTH OF VIRGINIA, *ex rel.* MARK R. HERRING, ATTORNEY GENERAL; THE STATE OF ALABAMA; STATE OF ALASKA; STATE OF ARIZONA, *ex rel.* MARK BRNOVICH, ATTORNEY GENERAL; STATE OF ARKANSAS, *ex rel.* LESLIE RUTLEDGE; THE PEOPLE OF THE STATE OF CALIFORNIA; THE STATE OF COLORADO, *ex rel.* PHILIP J. WEISER, ATTORNEY GENERAL; STATE OF CONNECTICUT; DISTRICT OF COLUMBIA; STATE OF DELAWARE, *ex rel.* KATHY JENNINGS; STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS; STATE OF GEORGIA; TERRITORY OF GUAM; STATE OF HAWAII, *ex rel.* CLARE E. CONNORS, ATTORNEY GENERAL; STATE OF IDAHO, through ATTORNEY GENERAL LAWRENCE G. WASDEN; THE PEOPLE OF THE STATE OF ILLINOIS; STATE OF INDIANA; STATE OF IOWA, THOMAS J. MILLER, ATTORNEY GENERAL OF IOWA; STATE OF KANSAS, *ex rel.* DEREK SCHMIDT, ATTORNEY GENERAL; STATE OF LA F/K/A LOUISIANA DEPT. OF HEALTH; STATE OF MAINE; CONSUMER PROTECTION DIVISION OFFICE OF THE ATTORNEY GENERAL (Md.); STATE OF MINNESOTA by its ATTORNEY GENERAL, KEITH**

2

ELLISON; STATE OF MISSISSIPPI;
STATE OF MISSOURI, *ex rel.* ERIC
SCHMITT, in his official capacity as
MISSOURI ATTORNEY GENERAL;
STATE OF MONTANA; STATE OF
NEVADA; STATE OF NEW HAMPSHIRE;
GURBIR S. GREWAL, ATTORNEY
GENERAL OF THE STATE OF NEW
JERSEY; PAUL RODRIGUEZ, ACTING
DIRECTOR OF THE NEW JERSEY
DIVISION OF CONSUMER AFFAIRS;
STATE OF NEW MEXICO, *ex rel.*
HECTOR BALDERAS, ATTORNEY
GENERAL; THE PEOPLE OF THE
STATE OF NEW YORK, by LETITIA
JAMES, ATTORNEY GENERAL OF THE
STATE OF NEW YORK; STATE OF
NORTH CAROLINA, *ex rel.* JOSH STEIN,
ATTORNEY GENERAL; STATE OF
NORTH DAKOTA, *ex rel.* WAYNE
STENEHJEM, ATTORNEY GENERAL;
STATE OF OHIO, *ex rel.* DAVID YOST,
OHIO ATTORNEY GENERAL; STATE
OF OREGON, *ex rel.* ELLEN F.
ROSENBLUM, ATTORNEY GENERAL
FOR THE STATE OF OREGON; THE
COMMONWEALTH OF PUERTO RICO;
STATE OF RHODE ISLAND, by and
through PETER NERONHA, ATTORNEY
GENERAL; STATE OF SOUTH
CAROLINA, *ex rel.* ALAN WILSON
ATTORNEY GENERAL; STATE OF
SOUTH DAKOTA, *ex rel*. JASON
RAVNSBORG, SOUTH DAKOTA
ATTORNEY GENERAL; STATE OF
TENNESSEE, *ex rel.* HERBERT H.
SLATERY III, ATTORNEY GENERAL
AND REPORTER; STATE OF TEXAS;
UTAH DIVISION OF CONSUMER
PROTECTION; STATE OF VERMONT;
STATE OF WASHINGTON; STATE OF
WEST VIRGINIA, *ex rel.* PATRICK
MORRISEY, ATTORNEY GENERAL;
STATE OF WISCONSIN; STATE OF
WYOMING, *ex rel.* BRIDGET HILL,
ATTORNEY GENERAL; THE

**BLACKFEET TRIBE OF THE
BLACKFEET INDIAN RESERVATION;
THE MUSCOGEE (CREEK) NATION;
CITIZEN POTAWATOMI NATION; SAC
& FOX NATION; DELAWARE NATION;
APACHE TRIBE OF OKLAHOMA; THE
OSAGE NATION; PAWNEE NATION OF
OKLAHOMA; THLOPTHLOCCO
TRIBAL TOWN; BULLHEAD CITY;
CITY OF GLENDALE; CITY OF
PRESCOTT; CITY OF SURPRISE;
COUNTY OF APACHE; COUNTY OF LA
PAZ; STATE OF ARKANSAS, *ex rel.*
SCOTT ELLINGTON; COUNTY OF
ARKANSAS; COUNTY OF ASHLEY;
COUNTY OF BAXTER; COUNTY OF
BENTON; COUNTY OF BOONE;
COUNTY OF BRADLEY; COUNTY OF
CALHOUN; COUNTY OF CHICOT;
COUNTY OF CLARK; COUNTY OF
CLAY; COUNTY OF CLEBURNE;
COUNTY OF COLUMBIA; COUNTY OF
CONWAY; COUNTY OF CRAIGHEAD;
COUNTY OF CRAWFORD; COUNTY OF
CROSS; COUNTY OF DALLAS; COUNTY
OF DESHA; COUNTY OF FAULKNER;
COUNTY OF FRANKLIN; COUNTY OF
FULTON; COUNTY OF GARLAND;
COUNTY OF GRANT; COUNTY OF
GREENE; COUNTY OF HEMPSTEAD;
COUNTY OF HOT SPRING; COUNTY OF
HOWARD; COUNTY OF
INDEPENDENCE; COUNTY OF IZARD;
COUNTY OF JACKSON; COUNTY OF
JOHNSON; COUNTY OF LAFAYETTE;
COUNTY OF LAWRENCE; COUNTY OF
LEE; COUNTY OF LINCOLN; COUNTY
OF LITTLE RIVER; COUNTY OF
LOGAN; COUNTY OF LONOKE;
COUNTY OF MADISON; COUNTY OF
MILLER; COUNTY OF MISSISSIPPI;
COUNTY OF MONROE; COUNTY OF
MONTGOMERY; COUNTY OF
OUACHITA; COUNTY OF PERRY;
COUNTY OF PHILLIPS; COUNTY OF
PIKE; COUNTY OF POINSETT;**

**COUNTY OF POLK; COUNTY OF POPE; COUNTY OF PRAIRIE; COUNTY OF RANDOLPH; COUNTY OF ST. FRANCIS; COUNTY OF SALINE; COUNTY OF SCOTT; COUNTY OF SEARCY; COUNTY OF SEBASTIAN; COUNTY OF SEVIER; COUNTY OF SHARP; COUNTY OF STONE; COUNTY OF UNION; COUNTY OF VAN BUREN; COUNTY OF WASHINGTON; COUNTY OF WHITE; COUNTY OF WOODRUFF; COUNTY OF YELL; COUNTY OF CARROLL; COUNTY OF NEWTON; COUNTY OF CLEVELAND; CITY OF LITTLE ROCK; CITY OF FORT SMITH; CITY OF SPRINGDALE; CITY OF JONESBORO; CITY OF NORTH LITTLE ROCK; CITY OF CONWAY; CITY OF ROGERS; CITY OF PINE BLUFF; CITY OF BENTONVILLE; CITY OF HOT SPRINGS; CITY OF BENTON; CITY OF TEXARKANA; CITY OF SHERWOOD; CITY OF JACKSONVILLE; CITY OF MONTICELLO; CITY OF EL MONTE, and THE PEOPLE OF THE STATE OF CALIFORNIA, by and through EL MONTE CITY ATTORNEY RICK OLIVAREZ; COUNTY OF KERN, and THE PEOPLE OF THE STATE OF CALIFORNIA, by and through KERN COUNTY COUNSEL MARGO RAISON; THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through SANTA CLARA COUNTY COUNSEL JAMES R. WILLIAMS; THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through ORANGE COUNTY DISTRICT ATTORNEY TONY RACKAUCKAS; THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through LOS ANGELES COUNTY COUNSEL MARY C. WICKHAM; THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through OAKLAND CITY ATTORNEY BARBARA J. PARKER; CITY OF NEW BRITAIN; THE CITY OF ANSONIA; THE**

**CITY OF DANBURY; THE CITY OF DERBY; THE CITY OF NORWALK; THE CITY OF BRIDGEPORT; THE BOROUGH OF NAUGATUCK; THE TOWN OF SOUTHBURY; THE TOWN OF WOODBURY; THE TOWN OF FAIRFIELD; THE TOWN OF BEACON FALLS; THE CITY OF MILFORD; THE CITY OF WEST HAVEN; THE TOWN OF NORTH HAVEN; THE TOWN OF THOMASTON; THE CITY OF TORRINGTON; THE CITY OF BRISTOL; THE TOWN OF EAST HARTFORD; THE TOWN OF SOUTHINGTON; THE TOWN OF NEWTOWN; THE CITY OF SHELTON; THE TOWN OF TOLLAND; THE TOWN OF OXFORD; THE CITY OF NEW HAVEN; THE CITY OF NEW LONDON; THE CITY OF WATERBURY; THE TOWN OF STRATFORD; THE TOWN OF BERLIN; THE TOWN OF MIDDLEBURY; THE TOWN OF SEYMOUR; THE TOWN OF PROSPECT; THE TOWN OF WOLCOTT; THE TOWN OF BETHLEHEM; THE TOWN OF NEW MILFORD; THE TOWN OF ROXBURY; THE TOWN OF COVENTRY; TOWN OF WALLINGFORD; CITY OF DOVER, a municipal corporation of the State of Delaware; CITY OF SEAFORD, a municipal corporation of the State of Delaware; KENT COUNTY, a political subdivision of the State of Delaware; COUNTY OF HAWAI'I; COUNTY OF LAKE; MICHAEL NERHEIM, LAKE COUNTY STATE'S ATTORNEY; MARK C. CURRAN JR., LAKE COUNTY SHERIFF; DR. HOWARD COOPER, LAKE COUNTY CORONER; THE COUNTY OF LAKE in the Name of the PEOPLE OF THE STATE OF ILLINOIS; CITY OF SESSER; CITY OF GRANITE CITY, ILLINOIS; THE CITY OF BURBANK; THE CITY OF COUNTRYSIDE; THE PEOPLE OF THE STATE OF ILLINOIS AND BOONE**

**COUNTY, ILLINOIS; THE PEOPLE OF THE STATE OF ILLINOIS AND BUREAU COUNTY, ILLINOIS; THE PEOPLE OF THE STATE OF ILLINOIS AND CHAMPAIGN COUNTY, ILLINOIS; THE PEOPLE OF THE STATE OF ILLINOIS AND COOK COUNTY, ILLINOIS; THE PEOPLE OF THE STATE OF ILLINOIS, AND DUPAGE COUNTY, ILLINOIS; THE PEOPLE OF THE STATE OF ILLINOIS AND JERSEY COUNTY, ILLINOIS; THE PEOPLE OF THE STATE OF ILLINOIS AND LASALLE COUNTY; THE PEOPLE OF THE STATE OF ILLINOIS AND MACON COUNTY, ILLINOIS; THE PEOPLE OF THE STATE OF ILLINOIS AND MCLEAN COUNTY, ILLINOIS; THE PEOPLE OF THE STATE OF ILLINOIS, AND DEKALB COUNTY, ILLINOIS; THE PEOPLE OF THE STATE OF ILLINOIS, AND HENRY COUNTY, ILLINOIS; THE PEOPLE OF THE STATE OF ILLINOIS, AND KANE COUNTY, ILLINOIS; THE PEOPLE OF THE STATE OF ILLINOIS AND KANKAKEE COUNTY, ILLINOIS; THE PEOPLE OF THE STATE OF ILLINOIS, AND KENDALL COUNTY, ILLINOIS; THE PEOPLE OF THE STATE OF ILLINOIS, AND MACOUPIN COUNTY, ILLINOIS; THE PEOPLE OF THE STATE OF ILLINOIS, AND MCHENRY COUNTY, ILLINOIS; THE PEOPLE OF THE STATE OF ILLINOIS, AND PIATT COUNTY, ILLINOIS; THE PEOPLE OF THE STATE OF ILLINOIS, AND WILL COUNTY, ILLINOIS; THE VILLAGE OF BEDFORD PARK; THE VILLAGE OF EVERGREEN PARK; THE VILLAGE OF LYONS; THE VILLAGE OF SUMMIT; VILLAGE OF BRIDGEVIEW; VILLAGE OF HODGKINS; CITY OF ROCKLAND, STATE OF MAINE; KNOX COUNTY, STATE OF MAINE; ANNE ARUNDEL COUNTY, MARYLAND; MAYOR & CITY COUNCIL OF BALTIMORE; CITY OF BOSTON; THE**

**BOSTON PUBLIC HEALTH
COMMISSION; THE BOSTON HOUSING
AUTHORITY; CITY OF CAMBRIDGE;
CITY OF CHICOPEE; CITY OF
FRAMINGHAM; CITY OF
GLOUCESTER; CITY OF HAVERHILL;
CITY OF SALEM; CITY OF
WORCESTER; TOWN OF CANTON;
TOWN OF LYNNFIELD; TOWN OF
NATICK; TOWN OF RANDOLPH; TOWN
OF SPRINGFIELD; TOWN OF
WAKEFIELD; JEFFERSON COUNTY;
BUTLER COUNTY; CAPE GIRARDEAU
COUNTY; CHRISTIAN COUNTY; CITY
OF INDEPENDENCE; CITY OF JOPLIN;
CRAWFORD COUNTY; DENT COUNTY;
DUNKLIN COUNTY; FRANKLIN
COUNTY; GREENE COUNTY; IRON
COUNTY; JASPER COUNTY; MADISON
COUNTY; PERRY COUNTY; STE.
GENEVIEVE COUNTY; STONE
COUNTY; TANEY COUNTY; TEXAS
COUNTY; WASHINGTON COUNTY;
CITY OF HENDERSON; CITY OF LAS
VEGAS; CITY OF NORTH LAS VEGAS;
CITY OF RENO; CLARK COUNTY; CITY
OF TRENTON; COUNTY OF OCEAN, NJ;
CUMBERLAND COUNTY; THE CITY OF
ALBANY; CITY OF ITHACA; CITY OF
NEW YORK; CITY OF SCHENECTADY;
CITY OF YONKERS; COUNTY OF
BROOME; COUNTY OF COLUMBIA;
COUNTY OF DUTCHESS; COUNTY OF
ERIE; COUNTY OF NASSAU; COUNTY
OF NIAGARA; COUNTY OF ORANGE;
COUNTY OF OSWEGO; CITY OF TROY;
COUNTY OF RENSSELAER; COUNTY
OF SARATOGA; COUNTY OF
HERKIMER; COUNTY OF
SCHENECTADY; COUNTY OF
SCHOHARIE; COUNTY OF SENECA;
COUNTY OF ST. LAWRENCE; COUNTY
OF SUFFOLK; COUNTY OF SULLIVAN;
COUNTY OF TOMPKINS; COUNTY OF
WESTCHESTER; COUNTY OF
MONTGOMERY; THE CITY OF MOUNT**

8

VERNON; THE COUNTY OF
CATTARAUGUS; THE COUNTY OF
CAYUGA; THE COUNTY OF
CHAUTAUQUA; THE COUNTY OF
CHENANGO; THE COUNTY OF
CLINTON; THE COUNTY OF ONTARIO;
THE COUNTY OF CORTLAND; THE
COUNTY OF ESSEX; THE COUNTY OF
FRANKLIN; THE COUNTY OF FULTON;
THE COUNTY OF GENESEE; THE
COUNTY OF GREENE; THE COUNTY
OF HAMILTON; CITY OF
PLATTSBURGH; THE COUNTY OF
LEWIS; THE COUNTY OF LIVINGSTON;
THE COUNTY OF MADISON; THE
COUNTY OF MONROE; THE COUNTY
OF OTSEGO; THE COUNTY OF
PUTNAM; THE COUNTY OF
SCHUYLER; THE COUNTY OF
STEUBEN; THE COUNTY OF TIOGA;
THE COUNTY OF ULSTER; THE
COUNTY OF WARREN; THE COUNTY
OF WASHINGTON; THE COUNTY OF
WYOMING; THE TOWN OF AMHERST;
THE TOWN OF CHEEKTOWAGA; THE
TOWN OF LANCASTER; THE TOWN OF
TONAWANDA; THE COUNTY OF
FAYETTE, OHIO; THE STATE OF OHIO
*ex rel.* PROSECUTING ATTORNEY OF
FAYETTE COUNTY, JESS WEADE; THE
COUNTY OF MEDINA, OHIO; THE
STATE OF OHIO *ex rel.* PROSECUTING
ATTORNEY OF MEDINA COUNTY, S.
FORREST THOMPSON; BOARD OF
COUNTY COMMISSIONERS OF
CLEVELAND COUNTY; BOARD OF
COUNTY COMMISSIONERS OF COAL
COUNTY; BOARD OF COUNTY
COMMISSIONERS OF HUGHES
COUNTY; BOARD OF COUNTY
COMMISSIONERS OF JACKSON
COUNTY; BOARD OF COUNTY
COMMISSIONERS OF KAY COUNTY;
BOARD OF COUNTY COMMISSIONERS
OF LINCOLN COUNTY; BOARD OF
COUNTY COMMISSIONERS OF LOVE

9

**COUNTY; BOARD OF COUNTY COMMISSIONERS OF MCCURTAIN COUNTY; BOARD OF COUNTY COMMISSIONERS OF NOBLE COUNTY; BOARD OF COUNTY COMMISSIONERS OF OKFUSKEE COUNTY; BOARD OF COUNTY COMMISSIONERS OF OKLAHOMA COUNTY; BOARD OF COUNTY COMMISSIONERS OF POTTAWATOMIE COUNTY; BOARD OF COUNTY COMMISSIONERS OF WOODWARD COUNTY; BOARD OF COUNTY COMMISSIONERS OF MAJOR COUNTY; BOARD OF COUNTY COMMISSIONERS OF WOODS COUNTY; BOARD OF COUNTY COMMISSIONERS OF GREER COUNTY; BOARD OF COUNTY COMMISSIONERS OF LEFLORE COUNTY; BOARD OF COUNTY COMMISSIONERS OF LOGAN COUNTY; BOARD OF COUNTY COMMISSIONERS OF TEXAS COUNTY; CITY OF ANADARKO; CITY OF BURNS FLAT; CITY OF FORT COBB; CITY OF BETHANY; COMMONWEALTH OF PA,** acting by and through **PHILADELPHIA DISTRICT ATTORNEY LAWRENCE S. KRASNER; COMMONWEALTH OF PA,** acting by **JAMES MARTIN;  PEOPLE OF LEHIGH COUNTY AND LEHIGH COUNTY, PA; ADAMS COUNTY; ARMSTRONG COUNTY, PA; BEAVER COUNTY, PENNSYLVANIA; BUCKS COUNTY; CAMBRIA COUNTY, PENNSYLVANIA; CITY OF LOCK HAVEN; CITY OF PHILADELPHIA; CITY OF PITTSBURGH; CLEARFIELD COUNTY; CLINTON COUNTY; COUNTY OF ALLEGHENY; COUNTY OF BRADFORD; COUNTY OF CARBON; COUNTY OF CLARION; COUNTY OF CUMBERLAND; COUNTY OF ERIE; COUNTY OF FAYETTE; COUNTY OF MONROE; COUNTY OF TIOGA; COUNTY OF WASHINGTON; COUNTY OF WESTMORELAND; COUNTY OF**

**YORK; DAUPHIN COUNTY, PA; DELAWARE COUNTY; FRANKLIN COUNTY; COUNTY OF GREENE, PENNSYLVANIA; LACKAWANNA COUNTY, PENNSYLVANIA; LAWRENCE COUNTY, PENNSYLVANIA; MAHONING TOWNSHIP; MERCER COUNTY; NEWTOWN TOWNSHIP; PEOPLE OF NORTHAMPTON COUNTY AND NORTHAMPTON COUNTY, PA; PIKE COUNTY, PA.; SCHUYLKILL COUNTY, PENNSYLVANIA; THE MUNICIPALITY OF NORRISTOWN; THE TOWNSHIP OF WEST NORRITON; WAMPUM BOROUGH; WARRINGTON TOWNSHIP; CITY OF CHARLESTON; CITY OF NORTH CHARLESTON; COUNTY OF ABBEVILLE; COUNTY OF AIKEN; COUNTY OF ALLENDALE; COUNTY OF ANDERSON; COUNTY OF BAMBERG; COUNTY OF BARNWELL; COUNTY OF BEAUFORT; COUNTY OF CALHOUN; COUNTY OF CHEROKEE; COUNTY OF CHESTERFIELD; COUNTY OF CLARENDON; COUNTY OF COLLETON; COUNTY OF DILLON; COUNTY OF DORCHESTER; COUNTY OF EDGEFIELD; COUNTY OF FAIRFIELD; COUNTY OF FLORENCE; COUNTY OF GREENWOOD; COUNTY OF HAMPTON; COUNTY OF HORRY; COUNTY OF JASPER; COUNTY OF KERSHAW; COUNTY OF LANCASTER; COUNTY OF LAURENS; COUNTY OF LEE; COUNTY OF LEXINGTON; COUNTY OF MARION; COUNTY OF MCCORMICK; COUNTY OF OCONEE; COUNTY OF ORANGEBURG; COUNTY OF PICKENS; COUNTY OF SALUDA; COUNTY OF SUMTER; COUNTY OF UNION; COUNTY OF WILLIAMSBURG; COUNTY OF YORK; GREENVILLE COUNTY; SPARTANBURG COUNTY; TOWN OF MOUNT PLEASANT; BRYANT C. DUNAWAY, in his official**

capacity as the DISTRICT ATTORNEY GENERAL FOR THE THIRTEENTH JUDICIAL DISTRICT, TN and on behalf of all political subdivisions therein, including CLAY COUNTY, CITY OF CELINE, CUMBERLAND COUNTY, CITY OF CRAB ORCHARD, CITY OF CROSSVILLE, TOWN OF PLEASANT HILL, DEKALB COUNTY, TOWN OF ALEXANDRIA, TOWN OF DOWELLTOWN, TOWN OF LIBERTY, CITY OF SMITHVILLE, OVERTON COUNTY, TOWN OF LIVINGSTON, PICKETT COUNTY, TOWN OF BYRDSTOWN, PUTNAM COUNTY, CITY OF ALGOOD, TOWN OF BAXTER, CITY OF COOKEVILLE, TOWN OF MONTEREY, WHITE COUNTY, TOWN OF DOYLE, CITY OF SPARTA; JENNING H. JONES, in his official capacity as the DISTRICT ATTORNEY GENERAL FOR THE SIXTEENTH JUDICIAL DISTRICT, TN and on behalf of all political subdivisions therein, including CANNON COUNTY, TOWN OF AUBURNTOWN, TOWN OF WOODBURY, RUTHERFORD COUNTY, CITY OF EAGLEVILLE, CITY OF LA VERGNE, CITY OF MURFREESBORO, TOWN OF SMYRNA; ROBERT J. CARTER, in his official capacity as the DISTRICT ATTORNEY GENERAL FOR THE SEVENTEENTH JUDICIAL DISTRICT, TN and on behalf of all political subdivisions therein, including BEDORD COUNTY, TOWN OF BELL BUCKLE, TOWN OF NORMANDY, CITY OF SHELBYVILLE, TOWN OF WARTRACE, LINCOLN COUNTY, CITY OF ARDMORE, CITY OF FAYETTEVILLE, TOWN OF PETERSBURG, MARSHALL COUNTY, TOWN OF CHAPEL HILL, TOWN OF CORNERSVILLE, CITY OF LEWISBURG, MOORE COUNTY, CITY OF LYNCHBURG; BRENT A. COOPER, in his official capacity as the DISTRICT ATTORNEY GENERAL FOR THE

**TWENTY-SECOND JUDICIAL DISTRICT, TN and on behalf of all political subdivisions therein, including GILES COUNTY, CITY OF ELKTON, TOWN OF LYNNVILLE, CITY OF MINOR HILL, CITY OF PULASKI, LAWRENCE COUNTY, TOWN OF ETHRIDGE, CITY OF IRON CITY, CITY OF LAWRENCEBURG, CITY OF LORETTO, CITY OF ST. JOSEPH, MAURY COUNTY, CITY OF COLUMBIA, CITY OF MOUNT PLEASANT, CITY OF SPRING HILL, WAYNE COUNTY, CITY OF CLIFTON, CITY OF COLLINWOOD, CITY OF WAYNESBORO; LISA S. ZAVOGIANNIS, IN HER OFFICIAL CAPACITY AS THE DISTRICT ATTORNEY GENERAL FOR THE THIRTY-FIRST JUDICIAL DISTRICT, TN and on behalf of all political subdivisions therein, including VAN BUREN COUNTY, TOWN OF SPENCER, WARREN COUNTY, TOWN OF CENTERTOWN, CITY OF MCMINNVILLE, TOWN OF MORRISON, TOWN OF VIOLA; BABY DOE, by and through his Mother; JARED EFFLER, in his official capacity as the DISTRICT ATTORNEY GENERAL FOR THE EIGHTH JUDICIAL DISTRICT, TN; CHARME ALLEN, in her official capacity as the DISTRICT ATTORNEY GENERAL FOR THE SIXTH JUDICIAL DISTRICT; DAVE CLARK, in his official capacity as the DISTRICT ATTORNEY GENERAL FOR THE SEVENTH JUDICIAL DISTRICT, TN; RUSSELL JOHNSON, in his official capacity as the DISTRICT ATTORNEY GENERAL FOR THE NINTH JUDICIAL DISTRICT, TN; STEPHEN CRUMP, in his official capacity as the DISTRICT ATTORNEY GENERAL FOR THE TENTH JUDICIAL DISTRICT, TN; BABY DOE #1; BABY DOE #2; BARRY STAUBUS, in his official capacity as the DISTRICT ATTORNEY GENERAL FOR THE SECOND JUDICIAL DISTRICT AND**

**ON BEHALF OF ALL POLITICAL
SUBDIVISIONS THEREIN; TONY
CLARK, in his official capacity as the
DISTRICT ATTORNEY GENERAL FOR
THE FIRST JUDICIAL DISTRICT and on
behalf of all political subdivisions therein;
DAN ARMSTRONG, in his official capacity
as the DISTRICT ATTORNEY GENERAL
FOR THE THIRD JUDICIAL DISTRICT
and on behalf of all political subdivisions
therein; BABY DOE, by and through his
Guardian Ad Litem; SHELBY COUNTY,
by the SHELBY BOARD OF
COMMISSIONERS; CITY OF HOUSTON,
TEXAS; COUNTY OF BEE; COUNTY OF
BEXAR; COUNTY OF BURLESON;
COUNTY OF BURNET; COUNTY OF
CAMERON; COUNTY OF CASS;
COUNTY OF COOKE; COUNTY OF
CORYELL; COUNTY OF DALLAS;
COUNTY OF DELTA; COUNTY OF
DIMMIT; COUNTY OF ECTOR;
COUNTY OF EL PASO; COUNTY OF
FALLS; COUNTY OF FANNIN; COUNTY
OF FREESTONE; COUNTY OF
GRAYSON; COUNTY OF HARRISON;
COUNTY OF HIDALGO; COUNTY OF
HOPKINS; COUNTY OF HOUSTON;
COUNTY OF KENDALL; COUNTY OF
KERR; COUNTY OF LIBERTY; COUNTY
OF LIMESTONE; COUNTY OF MARION;
COUNTY OF MCMULLEN; COUNTY OF
MILAM; COUNTY OF NACOGDOCHES;
COUNTY OF NUECES; NUECES
COUNTY HOSPITAL DISTRICT;
COUNTY OF ORANGE; COUNTY OF
PANOLA; COUNTY OF PARKER;
COUNTY OF POTTER; COUNTY OF
ROBERTSON; COUNTY OF SAN
PATRICIO; COUNTY OF SHELBY;
COUNTY OF TRAVIS; COUNTY OF
TRINITY; COUNTY OF VAN ZANDT;
COUNTY OF WALLER; COUNTY OF
WILLIAMSON; COUNTY OF WOOD;
JOHNSON COUNTY; CACHE COUNTY,
UTAH; RICH COUNTY, UTAH; DAVIS**

**COUNTY; GRAND COUNTY; IRON COUNTY; MILLARD COUNTY; SALT LAKE COUNTY; SAN JUAN COUNTY; SANPETE COUNTY; SEVIER COUNTY; JUAB COUNTY; EMERY COUNTY; WAYNE COUNTY; PIUTE COUNTY; SUMMIT COUNTY, UTAH; TOOELE COUNTY, UTAH; UINTAH COUNTY, UTAH; DUSCESNE COUNTY, UTAH; DAGGETT COUNTY, UTAH; TRI-COUNTY HEALTH DEPARTMENT; WASATCH COUNTY, UTAH; WASHINGTON COUNTY, UTAH; KANE COUNTY, UTAH; BEAVER COUNTY, UTAH; GARFIELD COUNTY, UTAH; WEBER COUNTY, UTAH; CITY OF MARTINSVILLE, VIRGINIA; DINWIDDIE COUNTY, VIRGINIA; THE COUNTY BOARD OF ARLINGTON COUNTY, VIRGINIA; MECKLENBURG COUNTY; BROOKE COUNTY COMMISSION; HANCOCK COUNTY COMMISSION; HARRISON COUNTY COMMISSION; LEWIS COUNTY COMMISSION; MARSHALL COUNTY COMMISSION; OHIO COUNTY COMMISSION; TYLER COUNTY COMMISSION; WETZEL COUNTY COMMISSION; THE COUNTY COMMISSION OF MASON COUNTY; THE COUNTY COMMISSION OF BARBOUR COUNTY; MAYOR CHRIS TATUM on behalf of THE VILLAGE OF BARBOURSVILLE; THE COUNTY COMMISSION OF TAYLOR COUNTY; THE COUNTY COMMISSION OF WEBSTER COUNTY; MAYOR DON E. MCCOURT, on behalf of the TOWN OF ADDISON a/k/a THE TOWN OF WEBSTER SPRINGS; MAYOR PEGGY KNOTTS BARNEY, on behalf of the CITY OF GRAFTON; MAYOR PHILIP BOWERS, on behalf of the CITY OF PHILIPPI; MONONGALIA COUNTY COMMISSION; MARION COUNTY COMMISSION; DODDRIDGE COUNTY**

COMMISSION; RANDOLPH COUNTY
COMMISSION; UPSHUR COUNTY
COMMISSION; ROANE COUNTY
COMMISSION; THE CITY OF SPENCER;
JACKSON COUNTY COMMISSION; THE
CITY OF RIPLEY; THE TOWN OF
RAVENSWOOD; WOOD COUNTY
COMMISSION; THE CITY OF
WILLIAMSTOWN; WIRT COUNTY
COMMISSION; THE TOWN OF
ELIZABETH; PLEASANTS COUNTY
COMMISSION; CITY OF ST. MARY'S;
RITCHIE COUNTY COMMISSION;
TOWN OF HARRISVILLE; WEST
VOLUSIA HOSPITAL AUTHORITY;
THOMAS HICKEY; I-KARE
TREATMENT CENTER, LLC; MARY
TILLEY; BROWARD COUNTY,
FLORIDA; CABELL COUNTY
COMMISSION; CITY OF HUNTINGTON,
WEST VIRGINIA; CITY OF CHICAGO;
CITY OF CLEVELAND; COUNTY OF
SUMMIT, OHIO; SUMMIT COUNTY
PUBLIC HEALTH; THE CITY OF
AKRON; STATE OF OHIO, *ex rel.*
PROSECUTING ATTORNEY FOR
SUMMIT COUNTY, SHERRI BEVAN
WALSH; THE DIRECTOR OF LAW FOR
THE CITY OF AKRON, EVE BELFANCE;
COUNTY OF MONROE; THE COUNTY
OF CUYAHOGA, OHIO; STATE OF
OHIO, *ex rel.* PROSECUTING
ATTORNEY OF CUYAHOGA COUNTY,
MICHAEL C. O'MALLEY; ALEXANDER
CITY, ALABAMA; CITY OF OXFORD,
ALABAMA; RUSSELL COUNTY,
ALABAMA; CITY OF SANTA ANA; THE
PEOPLE OF THE STATE OF
CALIFORNIA, by and through SANTA
ANA CITY ATTORNEY SONIA R.
CARVALHO; CITY OF FULLERTON;
THE PEOPLE OF THE STATE OF
CALIFORNIA by and through
FULLERTON CITY ATTORNEY
RICHARD D. JONES; CITY OF IRVINE;
THE PEOPLE OF THE STATE OF

**CALIFORNIA by and through IRVINE CITY ATTORNEY JEFFREY MELCHING; CITY OF SAN CLEMENTE; THE PEOPLE OF THE STATE OF CALIFORNIA by and through SAN CLEMENTE CITY ATTORNEY SCOTT C. SMITH; CITY OF COSTA MESA; THE PEOPLE OF THE STATE OF CALIFORNIA by and through COSTA MESA CITY ATTORNEY KIMBERLY HALL BARLOW; CITY OF WESTMINSTER; THE PEOPLE OF THE STATE OF CALIFORNIA by and through WESTMINSTER CITY ATTORNEY RICHARD D. JONES; COUNTY OF ALAMEDA; THE PEOPLE OF THE STATE OF CALIFORNIA by and through COUNTY COUNSEL DONNA ZIEGLER; CITY OF OCALA, FLORIDA; COUNTY OF KAUA'I, a political subdivision of the State of Hawaii, for themselves individually, and on behalf of all similarly situated persons, and on behalf of the general public, as a class; HOWARD COUNTY; CHARTER TOWNSHIP OF HARRISON; CITY OF STERLING HEIGHTS; CITY OF WARREN; CITY OF COON RAPIDS, MINNESOTA; ST. FRANCOIS COUNTY; COUNTY OF BURLINGTON, NJ; TOWNSHIP OF BRICK; CITY OF AMSTERDAM; CITY OF AUBURN; CITY OF POUGHKEEPSIE; CITY OF ROCHESTER; CITY OF SARATOGA SPRINGS; CITY OF OGDENSBURG; BOARD OF COUNTY COMMISSIONERS OF ATOKA COUNTY; BOARD OF COUNTY COMMISSIONERS OF CADDO COUNTY; BOARD OF COUNTY COMMISSIONERS OF CIMARRON COUNTY; BOARD OF COUNTY COMMISSIONERS OF GRADY COUNTY; BOARD OF COUNTY COMMISSIONERS OF HASKELL COUNTY; BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY; BOARD OF COUNTY COMMISSIONERS OF**

LATIMER COUNTY; CITY OF JENKS; CITY OF SEMINOLE; CITY OF SHAWNEE; CITY OF ALLENTOWN, PENNSYLVANIA; COUNTY OF DUVAL; COUNTY OF KLEBERG; COUNTY OF JIM HOGG; ELLIS COUNTY; ROCKWALL COUNTY; CHARLOTTE COUNTY; CITY OF EMPORIA; CITY OF FREDERICKSBURG; CITY OF PORTSMOUTH; CITY OF RADFORD; CITY OF WAYNESBORO; CULPEPER COUNTY; CUMBERLAND COUNTY; GREENSVILLE COUNTY; LOUDOUN COUNTY; PATRICK COUNTY; PRINCE GEORGE COUNTY; SHENANDOAH COUNTY; WISE COUNTY BOARD OF SUPERVISORS; THE DCH HEALTH CARE AUTHORITY; THE HEALTHCARE AUTHORITY FOR BAPTIST HEALTH, an affiliate of UAB HEALTH SYSTEM; MEDICAL WEST HOSPITAL AUTHORITY, an affiliate of UAB Health System;  EVERGREEN MEDICAL CENTER, LLC; GILLIARD HEALTH SERVICES, INC.; CRESTWOOD HEALTHCARE, L.P.; TRIAD OF ALABAMA, LLC; QHG OF ENTERPRISE, INC.; AFFINITY HOSPITAL, LLC; GADSDEN REGIONAL MEDICAL CENTER, LLC; FOLEY HOSPITAL CORPORATION; THE HEALTH CARE AUTHORITY OF CLARKE COUNTY, ALABAMA; BBH PBMC, LLC; BBH, WBMC, LLC; BBH SBMC, LLC; BBH CBMC, LLC; BBH BMC, LLC; TUCSON MEDICAL CENTER; TAKOMA REGIONAL HOSPITAL, INC. f/k/a TAKOMA HOSPITAL, INC.; AMISUB (SFH), INC.; BAPTIST WOMENS HEALTH CENTER, LLC; CAMPBELL COUNTY HMA, LLC; CLARKSVILLE HEALTH SYSTEM, G.P.; CLEVELAND TENNESSEE HOSPITAL COMPANY, LLC; COCKE COUNTY HMA, LLC; DICKENSON COMMUNITY HOSPITAL; HAWKINS COUNTY

**MEMORIAL HOSPITAL; JEFFERSON COUNTY HMA, LLC; JOHNSTON MEMORIAL HOSPITAL, INC.; LEBANON HMA, INC.; LEXINGTON HOSPITAL CORPORATION; METRO KNOXVILLE HMA, LLC; MOUNTAIN STATES HEALTH ALLIANCE f/k/a JOHNSON CITY MEDICAL CENTER HOSPITAL, INC.; NORTHEAST TENNESSEE COMMUNITY HEALTH CENTERS, INC.; NORTON COMMUNITY HOSPITAL; SAINT FRANCIS HOSPITAL--BARTLETT, INC. f/k/a TENET HEALTH SYSTEM; SHELBYVILLE HOSPITAL COMPANY, LLC f/k/a SHELBYVILLE HOSPITAL CORPORATION; SMYTH COUNTY COMMUNITY HOSPITAL; TULLAHOMA HMA, LLC f/k/a TULLAHOMA HMA, INC.; WELLMONT HEALTH SYSTEM f/k/a BRMC/HVMC, INC.; KINGMAN HOSPITAL, INC.; ARIZONA SPINE AND JOINT HOSPITAL LLC; BULLHEAD CITY HOSPITAL CORPORATION; CARONDELET ST. JOSEPH'S HOSPITAL; HOLY CROSS HOSPITAL, INC.; HOSPITAL DEVELOPMENT OF WEST PHOENIX, INC.; NORTHWEST HOSPITAL, LLC; ORO VALLEY HOSPITAL, LLC; OASIS HOSPITAL; ORTHOPEDIC AND SURGICAL SPECIALTY COMPANY, LLC; ST. MARY'S HOSPITAL OF TUCSON; VHS ACQUISITION SUBSIDIARY NUMBER 1, INC.; VHS ARROWHEAD, INC.; WEST VIRGINIA UNIVERSITY HOSPITALS INC.; APPALACHIAN REGIONAL HEALTHCARE, INC.; BLUEFIELD HOSPITAL COMPANY, LLC; CHARLESTON AREA MEDICAL CENTER, INC.; DAVIS MEMORIAL HOSPITAL; BROADDUS HOSPITAL ASSOCIATION; WEBSTER COUNTY MEMORIAL HOSPITAL, INC.; GRAFTON CITY HOSPITAL, INC.;**

**COMMUNITY HEALTH ASSOCIATION d/b/a JACKSON GENERAL HOSPITAL; GRANT MEMORIAL HOSPITAL; GREENBRIER VMC, LLC; MONONGALIA COUNTY GENERAL HOSPITAL COMPANY; PRESTON MEMORIAL HOSPITAL CORPORATION; PRINCETON COMMUNITY HOSPITAL ASSOCIATION, INC.; STONEWALL JACKSON MEMORIAL HOSPITAL COMPANY; OAK HILL HOSPITAL CORPORATION d/b/a PLATEAU MEDICAL CENTER; CAMDEN-CLARK MEMORIAL HOSPITAL CORPORATION; THE CHARLES TOWN GENERAL HOSPITAL; CITY HOSPITAL, INC.; POTOMAC VALLEY HOSPITAL OF W. VA., INC.; REYNOLDS MEMORIAL HOSPITAL INC.; ST. JOSEPH'S HOSPITAL OF BUCKHANNON, INC.; WETZEL COUNTY HOSPITAL ASSOCIATION; WILLIAMSON MEMORIAL HOSPITAL, LLC; BRAXTON COUNTY MEMORIAL HOSPITAL, INC.; UNITED HOSPITAL CENTER, INC.; BOWLING GREEN-WARREN COMMUNITY HOSPITAL CORPORATION; THE MEDICAL CENTER AT CLINTON COUNTY, INC.; THE MEDICAL CENTER AT FRANKLIN, INC.; ARH TUG VALLEY HEALTH SERVICES INC. f/k/a HIGHLANDS HOSPITAL CORPORATION; BAPTIST HEALTHCARE SYSTEM, INC.; BAPTIST HEALTH MADISONVILLE, INC.; BAPTIST HEALTH RICHMOND, INC.; GRAYSON COUNTY HOSPITAL FOUNDATION, INC.; THE HARRISON MEMORIAL HOSPITAL, INC.; SAINT ELIZABETH MEDICAL CENTER, INC.; ST. CLAIRE MEDICAL CENTER, INC.; TAYLOR COUNTY HOSPITAL DISTRICT HEALTH FACILITIES CORPORATION; WEST BOCA MEDICAL CENTER, INC.; GARY CARR;**

**FREDRICK HILL; FRANCISCO PEREZ; AFSCME DISTRICT COUNCIL 33 HEALTH & WELFARE FUND; AFSCME DISTRICT COUNCIL 47 HEALTH & WELFARE FUND; BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 1 OF PA/DEHEALTH AND WELFARE FUND; CARPENTERS HEALTH & WELFARE OF PHILADELPHIA & VICINITY; SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98 HEALTH & WELFARE FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 89 SOUND AND COMMUNICATION HEALTH & WELFARE FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 728 FAMILY HEALTHCARE PLAN; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, DISTRICT COUNCIL NO. 21 WELFARE FUND; IRON WORKERS DISTRICT COUNCIL OF PHILADELPHIA AND VICINITY, BENEFIT FUND; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; THE TRUSTEES OF THE UNITE HERE LOCAL 634 HEALTH & WELFARE FUND; UFCW LOCAL 23 AND EMPLOYERS HEALTH FUND; WESTERN PENNSYLVANIA ELECTRICAL EMPLOYEES INSURANCE TRUST FUND; DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH & HOSPITAL SYSTEM; PALO PINTO COUNTY HOSPITAL DISTRICT a/k/a PALO PINTO GENERAL HOSPITAL; GUADALUPE VALLEY HOSPITAL a/k/a GUADALUPE REGIONAL MEDICAL CENTER; VHS SAN ANTONIO PARTNERS, LLC d/b/a BAPTIST MEDICAL CENTER, MISSION TRAIL BAPTIST HOSPITAL, NORTH**

**CENTRAL BAPTIST HOSPITAL, NORTHEAST BAPTIST HOSPITAL, AND ST. LUKE'S BAPTIST HOSPITAL; NACOGDOCHES MEDICAL CENTER; RESOLUTE HOSPITAL COMPANY, LLC d/b/a RESOLUTE HEALTH; THE HOSPITALS OF PROVIDENCE EAST; CAMPUS; THE HOSPITALS OF PROVIDENCE MEMORIAL CAMPUS; THE HOSPITALS OF PROVIDENCE; SIERRA CAMPUS; THE HOSPITALS OF PROVIDENCE TRANSMOUNTAIN CAMPUS; VHS BROWNSVILLE HOSPITAL COMPANY, LLC d/b/a VALLEY BAPTIST MEDICAL CENTER - BROWNSVILLE; VHS HARLINGEN HOSPITAL COMPANY, LLC d/b/a VALLEY BAPTIST MEDICAL CENTER; ARMC, L.P. d/b/a ABILENE REGIONAL MEDICAL CENTER; COLLEGE STATION HOSPITAL, LP; GRANBURY HOSPITAL CORPORATION d/b/a LAKE GRANBURY MEDICAL CENTER; NAVARRO HOSPITAL, L.P. d/b/a NAVARRO REGIONAL HOSPITAL; BROWNWOOD HOSPITAL, L.P. d/b/a BROWNWOOD REGIONAL MEDICAL CENTER; VICTORIA OF TEXAS, L.P. d/b/a DETAR HOSPITAL; NAVARRO AND DETAR HOSPITAL NORTH; LAREDO TEXAS HOSPITAL COMPANY, L.P. d/b/a LAREDO MEDICAL CENTER; SAN ANGELO HOSPITAL, L.P. d/b/a SAN ANGELO COMMUNITY MEDICAL CENTER; CEDAR PARK HEALTH SYSTEM, L.P. d/b/a CEDAR PARK REGIONAL MEDICAL CENTER; NHCI OF HILLSBORO, INC. d/b/a HILL REGIONAL HOSPITAL; LONGVIEW MEDICAL CENTER, L.P. d/b/a LONGVIEW REGIONAL MEDICAL CENTER; PINEY WOODS HEALTHCARE SYSTEM, L.P. d/b/a WOODLAND HEIGHTS MEDICAL CENTER; FIRE AND POLICE RETIREMENT HEALTH CARE FUND,**

SAN ANTONIO; ALICIA SIMONSON;
ALYSSA LYLE; A.M.H.; AMANDA
GIBSON; AMANDA MUFFLEY; AMY
SHEPARD; ANDREW G. RILING;
BEVERLY RILING; ANGELA CHERRY;
APRIL BERZINSKI; ARACYA
JOHNSON; BILLIE IVIE; BOBBIE LOU
MOORE; BRANDI BRUMBARGER;
BRITTANY FLACH; CAROL LIVELY;
CAROLINE VONCANNON; CHOLE
PAUL; CHRISTINA DELANCEY;
CLEVELAND BANKERS AND
TEAMSTERS HEALTH AND WELFARE
FUND; PIPE FITTERS LOCAL UNION
NO. 120 INSURANCE FUND; COREY
MEANS; COURTNEY HERRING;
DARREN FLANAGAN; ELENA
FLANAGAN; DEBORAH DIXON; DERIC
REES; CEONDA REES; DESIREE
CARLSON; DESIRAE WARREN;
ELIZABETH KOMMER; ERIN DOYLE;
ESPERENZA ELLIS; FARRAH
WILLIAMS; GENA PATTERSON;
GLORIA CRUZ; HEATHER GOSS;
HEATHER PUCKETT; JACQUELYNN
MARTINEZ; JAMIE JOHNSON; JAMIEE
GILSON; JENNI GOLDMAN; JENNIFER
ARTZ; JENNIFER THOMAS; JENNY
SCULLY; JESSICA COLLIER; JESSICA
HAMPEL; JESSICA PERKINS; JESSICA
RODRIGUEZ; JESSICA TAYLOR; JODI
SHAFFER; JOHN DOE; KATHERINE
WHITTINGTON; KAYLA SHOCKLEY;
KIANA HUTCHINS; KIMBERLY
MARTIN; KJELLSI MEINECKE; KRISTA
GAUTHIER; ANGELA SAWYERS;
JESSICA SPRINGBORN; KRYSTLE
KIRK; LORI TAYLOR; MARIA ORTIZ;
MARIJHA HAMAWI; MEGHAN LARA;
MECHELLE GAUTHIER; MELANIE
MASSEY; MELBA ALEXANDER;
MELISSA AMBROSIO; MUSETTE
CHANCEY; NAOMI WRIGHT; NICHOLE
TINDALL; NICOLE TUTTLE; NIOLA
LECHUGA; PAULA WATSON; PENNY
MARTIN; QUINCY WEATHERWAX;

**RACHEL WOOD; REANNAN HOWELL;
REBECCA GOFORTH; ROXIE
WHITLEY; CHRIS DENSON; DIANE
DENSON; JAMES HOLLAND; TERI
HOLLAND; SALLY PETERSON;
SAMANTHA DEMARO; SAMANTHA
MCANANY; SANDRA ATKINSON;
SHANNON HUNT; SHELBY L. BRANT;
SHELLEY WHITTAKER; SHILO
SHEWMAKE; TAYLOR BROOKE
UNDERWOOD; TYLER M. ROACH;
WALTER SALMONS; VIRGINIA
SALMONS; WAIKEISHA RICHARDSON;
WENDY STEWART; W.E., by and through
her guardian and next friend, PAMELA
OSBORNE; PAMELA OSBORNE;
AMANDA HANLON; AMY GARDNER,**

           **Defendants.**

## MOTION FOR A PRELIMINARY INJUNCTION

Purdue Pharma L.P. ("**Purdue Pharma**") and certain affiliated debtors who are plaintiffs

in the above-captioned adversary proceeding, as debtors and debtors in possession (collectively,

"**Debtors**"), respectfully represent as follows in support of this motion ("**Motion**") and in

support of their Complaint for Injunctive Relief ("**Complaint**"), seeking entry of a preliminary

injunction in substantially the form annexed hereto as **Exhibit A** ("**Proposed Order**"):

## RELIEF REQUESTED

1.      By this Motion, pursuant to section 105 of title 11 of the United States Code

("**Bankruptcy Code**") and Rule 7065 of the Federal Rules of Bankruptcy Procedure

("**Bankruptcy Rules**"), the Debtors request entry of a preliminary injunction to: (i) enjoin the

governmental defendants in this adversary proceeding ("**Governmental Defendants**") from the

commencement or continuation of their active judicial, administrative, or other actions or

proceedings against the Debtors that were or could have been commenced before the

commencement of this case ("**Governmental Actions**"), which are identified in Exhibit A to this

Complaint, as well as the commencement or continuation of any other actions against the

Debtors alleging substantially similar facts or causes of action as those alleged in the

Governmental Actions, if not otherwise subject to the automatic stay imposed by section 362 of

the Bankruptcy Code, for 270 days from entry of the injunction; and (ii) enjoin the Governmental

Defendants and the private defendants ("**Private Defendants**") in this adversary proceeding

from the commencement or continuation of their active judicial, administrative, or other actions

or proceedings, identified in Exhibit B to this Complaint, and the commencement or continuation

of other actions alleging substantially similar facts or causes of action as those alleged in the

actions identified in Exhibit A or Exhibit B to the Complaint, against former or current (a)

owners (including any trusts and their respective trustees and beneficiaries), (b) directors, (c)

officers, (d) employees, and (e) associated entities of the Debtors that were or could have been

commenced before the commencement of the case ("**Related Parties**," and the claims against

them described in this paragraph, the "**Related-Party Claims**"), if not otherwise subject to the

automatic stay imposed by section 362 of the Bankruptcy Code, for 270 days from entry of the

injunction.  The Debtors also voluntarily request that the Court enjoin the Debtors from engaging

in certain conduct with respect to promotion of their opioid medications, as reflected in Proposed

Order annexed hereto ("**Voluntary Injunction**").  Finally, the Debtors request that this Court not

require the Debtors to provide any security in connection with this preliminary injunction as

permitted under Rule 7065 of the Bankruptcy Rules.  *See* Fed. R. Bankr. P. 7065 ("Rule 65 . . .

applies in adversary proceedings, except that a temporary restraining order or preliminary

injunction may be issued on application of a debtor, trustee, or debtor in possession without

compliance with Rule 65(c).").

## JURISDICTION AND VENUE

2.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157

and 1334, and the *Amended Standing Order of Reference from the United States District Court*

*for the Southern District of New York*, dated February 1, 2012.  This is a core proceeding

pursuant to 28 U.S.C. § 157(b).  Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408

and 1409.

## BASIS FOR REQUESTED RELIEF

3.      The Debtors are filing contemporaneously herewith: (i) the Complaint; (ii) a

declaration of Jesse DelConte in support of the Motion; (iii) a declaration of John James

O'Connell III in support of the Motion; and (iv) a memorandum of law in support of the Motion,

all of which provide details of the factual and legal bases for the requested relief.

## RESERVATION OF RIGHTS

4.      Nothing contained herein is intended to be or shall be construed as (i) an

admission as to the validity of any claim against the Debtors, or (ii) a waiver of the Debtors' or

any appropriate party-in-interest's rights to dispute any claim.  The Debtors expressly reserve

their right to move in the future to enjoin the prosecution of any other lawsuit against them or the

Related Parties.  The Debtors also expressly reserve their right to assert that any action against

the Debtors or the Related Parties is subject to 11 U.S.C. § 362(a).

## NOTICE

5.      The Debtors will serve a copy of this Motion and the accompanying

memorandum of law and declarations on the Governmental Defendants and the Private

Defendants.  In light of the nature of the relief requested herein, the Debtors submit that no other

or further notice need be provided.

## NO PREVIOUS REQUEST

6.      No previous request for the relief sought herein has been made by the Debtors to

this Court or any other court.

WHEREFORE, the Debtors respectfully request entry of the Proposed Order

granting the relief requested herein and such other and further relief as the Court may deem just

and appropriate.


Dated:   September 18, 2019
         New York, New York


By: /s/ Benjamin S. Kaminetzky
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Marc J. Tobak
Gerard X. McCarthy


*Proposed Counsel to the Debtors
and Debtors in Possession*