# Exhibit 2

Abatement Plan for Addressing the Opioid Crisis in the State of Washington

Expert Witness Report of G. Caleb Alexander, MD, MS

July 8, 2019

11. Between 1999 to 2017, more than 700,000 individuals died from a drug overdose of any type in the United States.[52] During the past decade, the epidemic has been further complicated by an abrupt rise in heroin-related overdoses and overdoses from synthetic opioids such as illicitly manufactured fentanyl. There is a clear link between non-medical use of prescription opioids and subsequent heroin or illicit fentanyl use, with several studies suggesting that as many as 70-80% of current heroin users report prior non-medical prescription opioid use before initiating heroin.[53] In 2017, overdose deaths involving opioids – both prescription and illicit – were six times higher than in 1999.[54] Purdue Pharma has admitted the existence of a crisis:

> Q: We've got a crisis. You agree?
> A: We have a crisis. That's right.[55]
>
> www.purdueopioidinfo.com ("Read about our ongoing efforts to help address the opioid crisis here")[56]

12. Washington State has been profoundly impacted by the crisis.[57] For example, between 1999 and 2004, age-adjusted overdose rates from opioids increased rapidly within the state, and since 2005, these rates have failed to significantly decline. As seen in many communities around the country, reductions in prescription opioid mortality have been off-set with increases in deaths from heroin and synthetic opioids such as illicit fentanyl. There are large differences in the morbidity associated with the epidemic across the state, with some areas, such as the western counties, and some populations, such as American Indians/Alaskan Natives, significantly more impacted than their counterparts. In 2017, Washington State ranked 21st (35th) in terms of number (rate) of overdose deaths in the U.S.,[58] and at a state level, the persistence of morbidity and mortality from the epidemic in Washington reflects many barriers experienced elsewhere, including the continued oversupply of prescription opioids; widespread stigma and many access barriers that prevent people from engaging and staying in treatment; and the absence of sufficient

resources devoted to specific populations of particular interest or concern, ranging from individuals within the criminal justice system to adolescents to pregnant women and children born with neonatal abstinence syndrome.

13. While in many ways Washington may be viewed as a microcosm of the broader epidemic, it is also unique in a number of ways. For example, the state's geography and large number of rural areas present challenges that must be overcome as health care outreach is performed and service expansion takes place.[59] Medication for opioid use disorder services are heavily concentrated in Seattle, leaving fewer easily accessible treatment options for individuals who live in distant rural communities.[60] There has been an especially high unmet need for the provision of buprenorphine and attendant care in these communities, since in contrast to methadone, fewer regulatory restrictions govern buprenorphine's use for the treatment of OUD.[61]

14. In addition, the state has a large community of American Indians/Alaskan Natives (AIAN) within urban areas as well as living on tribal lands.[62] This is important because in Washington, 2013-2015 opioid-related mortality was 2.7 times higher in AIAN populations compared to non-Hispanic whites.[63] This disparity was even more pronounced for heroin-related mortality with AIANs experiencing mortality rates that were 4.1 times higher than non-Hispanic whites.[64] Furthermore, AIAN communities in Washington have higher rates of poverty and higher rates of mental health disorders,[65] both of which may contribute to opioid and other substance use disorders. Efforts to abate the opioid epidemic will require a holistic approach that is cognizant of the significant health and socioeconomic disparities that AIAN populations face, as well as their cultural beliefs and heritage which in turn may affect suitable interventions to support prevention, treatment and recovery.

DATED July 8, 2019

G Caleb Alexander

_______________________________

G. Caleb Alexander

## REFERENCES

[1] Strom BL, Kimmel SE, Hennessy S. Textbook of Pharmacoepidemiology. John Wiley & Sons. 2013.

[2] Chang HY, Daubresse M, Kruszewski SP, Alexander GC. Prevalence and Treatment of Pain in EDs in the United States, 2000 to 2010. American Journal of Emergency Medicine. 2014;32:421-431.

[3] Daubresse M, Chang H-Y, Yu Y, Viswanathan S, Shah ND, Stafford RS, Kruszewski SP, Alexander GC. Ambulatory Diagnosis and Treatment of Nonmalignant Pain in the United States, 2000-2010. Medical Care. 2013;51:870-878.

[4] Lyapustina T, Rutkow L, Chang HY, Daubresse M, Ramji AF, Faul M, Stuart EA, Alexander GC. Effect of a "Pill mill" Law on Opioid Prescribing and Utilization: The Case of Texas. Drug and Alcohol Dependence. 2016;159:190-197.

[5] McGinty B, Stuart EA, Alexander GC, Barry CL, Bicket MC, Rutkow L. Protocol: Mixed-methods study to evaluate implementation, enforcement, and outcomes of U.S. state laws intended to curb high-risk opioid prescribing. Implementation Science. 2018;13:37.

[6] Rutkow L, Smith K, Lai A, Vernick J, Davis C, Alexander GC. Prescription Drug Monitoring Program Design and Function: A Qualitative Analysis. Drug and Alcohol Dependence. 2017;180:395-400.

[7] Chang HY, Lyapustina T, Rutkow L, Daubresse M, Richey M, Faul M, Stuart EA, Alexander GC. Impact of prescription drug monitoring programs and pill mill laws on high-risk opioid prescribers: A comparative interrupted time series analysis. Drug and Alcohol Dependence. 2016;165:1-8.

[8] Moyo P, Griffin BA, Onukwugha E, Palumbo F, Harrington D, Alexander GC, Simoni-Wastila L. Impact of Prescription Drug Monitoring Programs (PDMPs) on Opioid Utilization Among Medicare Beneficiaries in 10 US States. Addiction. 2017;112:1784-1796.

[9] McGinty B, Stuart EA, Alexander GC, Barry CL, Bicket MC, Rutkow L. Protocol: Mixed-methods study to evaluate implementation, enforcement, and outcomes of U.S. state laws intended to curb high-risk opioid prescribing. Implementation Science. 2018;13:37.

[10] Rutkow L, Chang HY, Daubresse M, Webster D, Stuart E, Alexander GC. Effect of Florida's Prescription Drug Monitoring Program and Pill Mill Laws on Opioid Prescribing and Use. JAMA Internal Medicine. 2015;175:1642-1649.

[11] Rutkow L, Turner L, Lucas E, Hwang C, Alexander GC. Most primary care physicians are aware of prescription drug monitoring programs, but many find the data difficult to access. Health Affairs. 2015;34:484-492.

---

[50] Pirani F. Opioids now kill more Americans than guns or breast cancer, CDC says. ]https://www.ajc.com/news/health-med-fit-science/opioids-now-kill-more-americans-than-guns-breast-cancer-cdc-says/DUx1KS33P4sbyzgj9T9rrN. Published 2017. Accessed March 13, 2019.

[51] Ho Jessica Y, Hendi Arun S. Recent trends in life expectancy across high income countries: retrospective observational study. BMJ. 2018; 362:k2562

[52] Centers for Disease Control and Prevention. Understanding the Epidemic. https://www.cdc.gov/drugoverdose/epidemic/index.html. Published 2018. Accessed December 30, 2018.

[53] Compton WM, Jones CM, Baldwin GT. Relationship between Nonmedical Prescription-Opioid Use and Heroin Use. The New England Journal of Medicine. 2016;374:154-63.

[54] Centers for Disease Control and Prevention. Understanding the Epidemic. https://www.cdc.gov/drugoverdose/epidemic/index.html. Published 2018. Accessed December 30, 2018.

[55] *State of Oklahoma v. Purdue Pharma L.P.*, Case No. CJ-2017-816, Deposition of Lisa Miller (Aug. 29, 2018), at 107:13-15.

[56] Purdue Pharma. https://www.purduepharma.com. Accessed July 1, 2019.

[57] National Institute on Drug Abuse. Washington Opioid Summary. Revised March 2019. Available at: https://www.drugabuse.gov/drugs-abuse/opioids/opioid-summaries-by-state/washington-opioid-summary. Accessed June 18, 2019.

[58] Centers for Disease Control and Prevention. Drug Mortality by State. https://www.cdc.gov/nchs/pressroom/sosmap/drug_poisoning_mortality/drug_poisoning.htm. Accessed July 1, 2019.

[59] Kelety J. Long Distance Addictions. https://www.seattleweekly.com/news/long-distance-addictions/. Published 2018. Accessed June 19, 2019.

[60] Kelety J. Long Distance Addictions. https://www.seattleweekly.com/news/long-distance-addictions/. Published 2018. Accessed June 19, 2019.

[61] Kelety J. Long Distance Addictions. https://www.seattleweekly.com/news/long-distance-addictions/. Published 2018. Accessed June 19, 2019.

[62] United States Census Bureau. 2010 Census Shows Nearly Half of American Indians and Alaska Natives Report Multiple Races. https://www.census.gov/newsroom/releases/archives/2010_census/cb12-cn06.html. Published 2012. Accessed June 17, 2019.

[63] Joshi S, Weiser T, Warren-Mears V. Drug, Opioid-Involved, and Heroin-Involved Overdose Deaths Among American Indians and Alaska Natives—Washington, 1999–2015. Morbidity and Mortality Weekly Report. 2018;67:1384–1387.