# Exhibit 3

# EXPERT REPORT OF DR. JEFFREY B. LIEBMAN

**July 8, 2019**

components and the sources of the data used in developing these estimates are reported in Appendix C of this report. I understand that other witnesses also discuss the effectiveness of these interventions at reducing mortality and morbidity associated with opioid addiction.[12]

19. Available studies indicate that an intensive effort like the one described in the Proposed Abatement Plan is needed to address the problems faced in the State because of the opioid epidemic and further indicate that implementation of such a range of programs will result in reduced mortality and morbidity associated with opioid addiction.[13]

20. Because it is possible that the epidemic will evolve in ways that either reduce or increase the need for resources relative to my estimates, it is important to build feedback mechanisms into the Proposed Abatement Plan so that the level of abatement resources and the allocation of those resources can be adjusted over time as new information about needs becomes available.

21. The basis for these opinions are set forth in more detail in the remainder of this report.

## IV. BACKGROUND ON THE OPIOID EPIDEMIC IN THE STATE OF WASHINGTON

22. The nationwide opioid epidemic is hitting the State of Washington hard. The Department of Health reports that 324,000 Washington residents misused pain-relievers in the past year, and 51,615 adults on Medicaid needed treatment medication for opioid use. There were 1,615 opioid overdose hospitalizations and 739 deaths in 2017. More than 3,000 opioid overdoses were reversed with naloxone.[14]

---

[12] I understand, for example, that these are discussed in the Expert Reports of Anna Lembke and G. Caleb Alexander.

[13] Pitt, Allison L., Keith Humphreys and Margaret L. Brandeau. "Modeling Health Benefits and Harms of Public Policy Responses to the US Opioid Epidemic." AJPH Open Themed Research Vol. 108 no. 10 (Oct 2018): 1394-1400. Pitt, et al. conclude that “[p]olicies that focus on services for currently addicted people provide health benefits immediately without causing harm. However, no epidemic has ever been averted solely by treating single affected cases. Instead, portfolios of policies will likely be required, including those that prevent addiction, treat addiction, and mitigate its effects.” (at 1399).

[14] Washington State Department of Health, Opioid Response Plan Measures, March 26, 2019.

23. Hundreds of children are being adversely affected by the opioid crisis in Washington. In 2017, Washington reported 753 hospitalizations due to neonatal abstinence syndrome (NAS).[15] A 2018 survey conducted by the State found that almost half of child dependency cases and about 40 percent of parental rights termination cases handled by the Attorney General's Office were impacted by opioid abuse. The State Attorney General noted, "This survey confirms what we long suspected: Opioids have a devastating impact on Washington families. The state must do more to combat this epidemic. Future generations of Washingtonians are at stake."[16]

24. As discussed further below, obtaining information about local conditions and service gaps from local experts is a key element in the design of government policy and is a standard element in the framework used in GPL projects. In addition to reviewing documents and reports from Washington, I have interviewed local experts.[17] Each of these individuals stressed that needs for opioid-related services often go unmet due to the limitations of available resource and related obstacles to providing opioid-related services. In particular, while additional treatment resources have been added, there is neither enough treatment capacity nor sufficient coordination to connect individuals who need treatment for opioid addiction to services.

25. Based on this review and my experience as an economist and policy analyst, I conclude that significant needs are currently going unmet and significant additional resources are required to meet the demand for opioid-related services.

---

[15] Washington State Department of Health, Opioid Response Plan Measures, March 26, 2019, p. 11. The most common cause of NAS is opioid exposure in the womb, although it is sometimes caused by other substances. *See* Ross, Casey, "US babies born addicted to opioids has tripled in 15 years, CDC says," https://www.statnews.com/2016/08/11/babies-opioids-addiction/ (Aug 11, 2016).

[16] Washington State Office of Attorney General, "Attorney General Survey Shows Nearly Half Of Child Dependency Cases Impacted By Opioid Abuse," https://www.atg.wa.gov/news/news-releases/attorney-general-survey-shows-nearly-half-child-dependency-cases-impacted-opioid (Oct 10, 2018). *See* also, Washington State Department of Children, Youth and Families, Report to the Washington State Legislature and Office of Financial Management (December 2018); Washington State 2019 Annual Progress and Services Report, available at: http://deyf.wa.gov/practice/oiaa/reports.

[17] Specifically, I talked with Mary Jo Currey from the Department of Corrections, Dr. Kathryn Lofy from the Department of Health, and Dr. Richard Ries from Harborview Medical Center in Seattle, WA.

estimate.[29] Moreover, it eventually may be possible to recruit a higher fraction of the OUD population into treatment. For both of these reasons, treatment costs could be higher than my current estimate. Alternatively, it is possible that changes in prescribing practices and other prevention efforts will reduce the flow of new OUD cases faster than currently anticipated and that treatment costs will therefore be lower than my current estimate.

47. The Proposed Abatement Plan described in this report reflects the information available to me at the time of its writing and my best judgment about the needs in the State. When it becomes time to implement the Proposed Abatement Plan, it will be important to update the Plan based upon the latest information and conditions on the ground in Washington State and to have a more intensive process of engaging community members and local experts so as to ensure the most effective possible implementation of the Proposed Abatement Plan for the State.

July 8, 2019



Jeffrey B. Liebman

[29] Barocas, et al, "Estimated Prevalence of Opioid Use Disorder in Massachusetts, 2011-2015: A Capture-Recapture Analysis." American Journal of Public Health, 2018, 108:12, 1675-1681.