DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Marc J. Tobak
Gerard X. McCarthy

*Proposed Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |
| **PURDUE PHARMA L.P.,** *et al.*, | |
| Plaintiffs, | Adv. Pro. No. 19-08289 (RDD) |
| v. | |
| **COMMONWEALTH OF MASSACHUSETTS,** *et al.*, | |
| Defendants. | |

# UPDATED AGENDA FOR HEARING

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| Time and Date of Hearing: | October 11, 2019 at 10:00 a.m. (Prevailing Eastern Time) |
| Location of Hearing: | The Honorable Judge Robert D. Drain<br>United States Bankruptcy Court for the Southern District of New York<br>300 Quarropas Street<br>White Plains, New York 10601 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' proposed notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. |

### I. Contested Matters Going Forward

1. ***Preliminary Injunction Motion***. Motion for a Preliminary Injunction [Docket No. 2]

    Objection Deadline: October 2, 2019 at 4:00 p.m. (Prevailing Eastern Time) (for all parties other than the Ad Hoc Committee of Non-consenting States, the State of Washington, the Multi-State Governmental Entities Group, Arkansas Plaintiffs, Tennessee Plaintiffs, the Official Committee of Unsecured Creditors, the State of Florida, and the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants); October 4, 2019 at 2:00 p.m. (Prevailing Eastern Time) (for the Ad Hoc Committee of Non-consenting States, the State of Washington, the Multi-State Governmental Entities Group, Arkansas Plaintiffs, and Tennessee Plaintiffs).

    Responses Received:

    A. Oppisition.by the Consortium of Some Massachusetts and Other Municipalities to the Motion for Preliminary Injunction In Favor of the Sacker Family Non-Debtors [Dkt. No. 31]

    B. Opposition of Nevada Counties and Municipalities to Motion for Preliminary Injunction [Dkt. No. 33]

    C. The Multi-State Governmental Entities Group's Opposition to Debtors' Motion for a Preliminary Injunction [Dkt. No. 37]

    D. State of Washington's Memorandum of Law In Opposition to Purdue's Motion for a Preliminary Injunction [Dkt. No. 38]

    E. Limited Objection and Response of Arkansas and Tennessee Public Official In Opposition to debtors' Motion for a Preliminary Injunction [Dkt. No. 39]

F. The States' Coordinated Opposition to the Debtors' Motion for Preliminary Injunction of States' Law Enforcement Actions against the Sacklers [Dkt. No. 41]

G. The States' Coordinated Opposition to the Debtors' Motion for Preliminary Injunction of State Enforcement Actions against Purdue [Dkt. No. 42]

H. Objection and Response of the State of Arizona to Debtors' Motion for a Preliminary Injunction [Dkt. No. 51]

I. Ad Hoc Committee's Statement in Support of A Limited and Conditional Stay [Dkt. No. 62]

J. Statement of the Raymond Sackler Family and Beacon Company in Support of the Debtors' Motion for a Preliminary Injunction [Dkt. No. 63]

K. The State of Florida's Response to Debtors' Motion for a Preliminary Injunction Pursuant to 11 U.S.C. § 105(a) [Dkt. No. 64]

L. Nevada Counties and Municipalities' Joinder to the States' Coordinated Oppositions to Debtors' Motion for Preliminary Injunction of State Enforcement Actions Against the Sacklers and Against Purdue [Dkt. No. 66]

M. The Debtors have received informal responses from the Official Committee of Unsecured Creditors.

N. A number of letters addressed to the Court have been filed on the lead case docket joining in the opposition of Massachusetts Attorney General Maura Healey and 24 other attorneys general to the Preliminary Injunction Motion:

   a. Letter of Joanne Peterson, Founder and Executive Director of Learn to Cope [Dkt. No. 249]

   b. Letter of Lydia Conley, President and CEO of Association for Behavioral Healthcare [Dkt No. 261]

   c. Letter of Steve Walsh, President and CEO of the Massachusetts Health & Hospital Association [Dkt. No. 262]

   d. Letter of Lora M. Pellegrini, President and CEO of the Massachusetts Association of Health Plans [Dkt. No. 263]

  e. Letter of Martin J. Walsh, Mayor of the City of Boston, Massachusetts [Dkt. No. 264]

  f. Letter of Maryanne Frangules, Executive Director of the Massachusetts Organization for Addiction Recovery [Dkt. No. 265]

  g. Letter of Steven A. Tolman, President of the Massachusetts AFL-CIO [Dkt. No. 269]

  h. Letter of Charles D. Baker, Governor of Massachusetts [Dkt. No. 270]

  i. Letter of Edward J. Bisch [Dkt. No. 271]

  j. Letter of Andrew Kolodny, MD, Executive Director of the Physicians for Responsible Opioid Prescribing [Dkt. No. 272]

Related Documents:

  A. Debtors' Motion for Leave to Exceed the Page Limit in Filing Omnibus Reply Brief in Support of Motion for A Preliminary Injunction [Dkt. No. 58]

  B. Debtors' Omnibus Reply Brief in Further Support of Motion for a Preliminary Injunction [Dkt. No. 59]

  C. Notice of Filing of Term Sheet With Ad Hoc Committee [Lead Case Dkt. No. 257]

Status: This matter is going forward on a contested basis.

## II. Uncontested Matters Going Forward

1. ***Scheduling Order Motion.*** Debtors' Motion for Entry of a Scheduling Order . . . in Connection with the Preliminary Injunction Motion [Dkt. No. 7]

  Objection Deadline: October 2, 2019 at 4:00 p.m. (Prevailing Eastern Time)

  Responses Received: None

  Related Documents: None

  Status: This matter is going forward on an uncontested basis.

**III. Adjourned Matters**

1. ***Protective Order Motion.*** Debtors' Motion for Entry of . . . a Protective Order in Connection with the Preliminary Injunction Motion [Dkt. No. 7]

    Objection Deadline: October 2, 2019 at 4:00 p.m. (Prevailing Eastern Time)

    Responses Received:

    A. The Debtors have received informal responses from the Ad Hoc Committee of Non-consenting States and the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants.

    Related Documents: None

    Status: This matter is being adjourned to a date and time to be determined.

Dated: October 9, 2019
New York, New York

DAVIS POLK & WARDWELL LLP

By: /s/ *James I. McClammy*
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Marc J. Tobak
Gerard X. McCarthy

*Proposed Counsel to the Debtors and Debtors in Possession*