DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Marc J. Tobak
Gerard X. McCarthy

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** ***et al.*****,** | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |
| **PURDUE PHARMA L.P.,** ***et al.*****,**<br>**Plaintiffs,**<br>**v.**<br>**COMMONWEALTH OF MASSACHUSETTS,** ***et al.*****,**<br>**Defendants.** | **Adv. Pro. No. 19-08289 (RDD)** |

**NOTICE OF FILING OF**
**PROPOSED FOURTH AMENDED PRELIMINARY INJUNCTION ORDER**

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE NOTICE** that on September 18, 2019, Purdue Pharma L.P. and certain other of the debtors ("**Debtors**")[2] who are plaintiffs in the above-captioned adversary proceeding, filed the *Motion for a Preliminary Injunction* (the "**Motion**"), pursuant to section 105 of title 11 of the United States Code (the "**Bankruptcy Code**"), seeking entry of an order staying active cases brought by governmental entities against Debtors and active claims against certain related parties.

**PLEASE TAKE FURTHER NOTICE** that on November 6, 2019, the Court issued the *Second Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction* (ECF No. 105) ("**Preliminary Injunction Order**") staying, until April 8, 2020, active cases brought by governmental entities against Debtors and active claims against related parties as defined therein ("**Related Parties**").[3]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Preliminary Injunction Order, Debtors may promptly serve plaintiff or plaintiffs ("**Applicable Plaintiffs**") in (i) any litigation currently pending against the Debtors or Related Parties that becomes active or (ii) any action commenced against the Debtors or Related Parties (in either case, an "**Additional Action**"), with a copy of the Complaint,[4] the Motion, the Debtors' memorandum of law in

---

[2] Although only certain of the Debtors (Purdue Pharma L.P.; Purdue Pharma Inc.; Purdue Pharma Manufacturing L.P.; Purdue Pharmaceuticals L.P.; Purdue Transdermal Technologies L.P.; Purdue Pharmaceutical Products L.P.; Purdue Pharma of Puerto Rico; Rhodes Pharmaceuticals L.P.; Rhodes Technologies; and Avrio Health L.P.) are defendants in the over 2,600 civil actions pending against the Debtors in various state and federal courts and other fora across the United States and its territories (the "**Pending Actions**"), the term "Debtors" is used for ease of reference.

[3] On November 20, 2019, the Court entered a *Third Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction* (ECF No. 115) ("**Third Amended Order**"), which did not alter the application of the Preliminary Injunction Order to the Applicable Plaintiffs or to Additional Actions.

[4] All terms not otherwise defined herein are given the meaning ascribed to them in the Preliminary Injunction Order.

support of the Motion, and the Preliminary Injunction Order (together, the "**Service Documents**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Preliminary Injunction Order, the Debtors, through their service agent Prime Clerk LLC, served the Service Documents on certain Applicable Plaintiffs on November 12, 2019, and filed the *Notice of Service of the Second Amended Order Granting Preliminary Injunction on Additional Actions and Applicable Plaintiffs* on November 13, 2019 (ECF 112), the affidavit of service for which was filed by Prime Clerk LLC on November 19, 2019 (ECF 114).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Preliminary Injunction Order, the objection of each Applicable Plaintiff, if any, was due on November 19, 2019. No such objections have been filed as of the date of this Notice.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Preliminary Injunction Order, the Court may determine whether such Additional Actions should be enjoined without further proceedings.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a proposed Fourth Amended Order Granting Motion for a Preliminary Injunction (the "**Proposed Fourth Amended Order**"). For ease of reference, the Proposed Fourth Amended Order includes two new appendices, Appendices III and IV, versions of Exhibits A and B to the Complaint that the Debtors have updated to reflect the Additional Actions. The Proposed Fourth Amended Order is attached hereto as **Exhibit A**. A blackline comparing the Proposed Fourth Amended Order to the Third Amended Order is attached hereto as **Exhibit B**. A blackline comparing Exhibit A to the Complaint and Appendix III to the Proposed Fourth Amended Order is attached hereto as

**Exhibit C**. A blackline comparing Exhibit B to the Complaint to Appendix IV to the Proposed Fourth Amended Order is attached hereto as **Exhibit D**.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Proposed Fourth Amended Order and related papers may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. You may also obtain copies of any pleadings by visiting the Court's website at https://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: December 4, 2019
New York, New York

*/s/* Marc J. Tobak
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Marc J. Tobak
Gerard X. McCarthy

*Counsel to the Debtors*
*and Debtors in Possession*