Katherine Stadler
Erin West, *pro hac vice*
Brady Williamson, *pro hac vice*
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
Email: ewest@gklaw.com

Attorneys for Appellants

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| PURDUE PHARMA LP, *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |
| PURDUE PHARMA L.P., *et al.* | |
| Plaintiffs, | Adv. Pro. No. 19-08289 (RDD) |
| v. | |
| COMMONWEALTH OF MASSACHUSETTS; *et al.*, | |
| Defendants. | |

---

**RELATED CASE STATEMENT**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Pursuant to Rule 13 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Rules for the Division of Business Among District Judges, Appellants submit this Related Case Statement.

**Full Caption of Later Filed Case:**

No. _____

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

IN RE: PURDUE PHARMA L.P.,

    Debtors.

BRYANT C. DUNAWAY, ET AL.,

        Appellants,

  v.

PURDUE PHARMA L.P., ET AL.,

        Appellees.

On Appeal from the United States Bankruptcy Court
For the Southern District of New York,
The Honorable Robert D. Drain, Presiding
Case No. 1:19-23649-RDD
Adversary Proceeding No. 19-08289-RDD

No. 19-10941-CM

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

IN RE: PURDUE PHARMA L.P.,

    Debtors.

BRYANT C. DUNAWAY, ET AL.,

        Appellants,

  v.

PURDUE PHARMA L.P., ET AL.,

        Appellees.

On Appeal from the United States Bankruptcy Court
For the Southern District of New York,
The Honorable Robert D. Drain, Presiding
Case No. 1:19-23649-RDD
Adversary Proceeding No. 19-08289-RDD

**Status of Earlier Filed Case:**

____ **Closed** (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

__X_ **Open** (If so, set forth procedural status and summarize any court rulings.)

Appellants filed the first appeal, S.D.N.Y. Case No. 19-cv-1094-CM (the "Original Appeal"), on November 20, 2019, from the bankruptcy court's entry of the *Second Amended*

3

*Order Pursuant to 11 U.S.C. §105(a) Granting Motion for a Preliminary Injunction* [Bankruptcy Adversary Proceeding Dkt. No. 105], protecting non-debtor "Related Parties" from civil opioid litigation nationwide through April 8, 2020. Appellants filed the initial brief on January 22, 2020; Appellees filed the responsive brief on March 7, 2020. On March 30, 2020, this Court entered an Endorsed Order [Docket No. 17 in the Original Appeal], granting the Appellants an extension until April 16, 2020 to file a reply brief.

**Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.**

Appellants have consulted with Appellees, and the parties agree that the two appeals are related. The bankruptcy court's initial preliminary injunction was set to expire on April 8, 2020; however, on March 30, 2020, the bankruptcy court entered the *Eighth Amended Order Pursuant to 11 U.S.C. §105(a) Granting Motion for a Preliminary Injunction* [Bankruptcy Adversary Proceeding Dkt. No. 168] extending the term of the nationwide preliminary injunction through October 5, 2020. Though the bankruptcy court from the bench expressed additional-grounds for issuing the second injunction, the substance and effect of the order now on appeal are virtually identical to those at issue in the Original Appeal.

Dated: April 10, 2020.

                                                       GODFREY & KAHN, S.C.

                                                       By: *s/Katherine Stadler*
                                                          Katherine Stadler
                                                          NY#4938064
                                                          Erin West
                                                          *admitted pro hac vice*
                                                          Brady Williamson
                                                          *admitted pro hac vice*
                                                          Attorneys for Appellants

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com, ewest@gklaw.com, bwilliam@gklaw.com

22158372.1