DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Marc J. Tobak
Gerard X. McCarthy

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**PURDUE PHARMA L.P.,** ***et al.*****,**<br><br>**Debtors.**[1] | **Chapter 11**<br><br>**Case No. 19-23649 (RDD)**<br><br>**(Jointly Administered)** |
| **PURDUE PHARMA L.P.,** ***et al.*****,**<br><br>**Plaintiffs**,<br>**v.**<br><br>**COMMONWEALTH OF MASSACHUSETTS,** ***et al.*****,**<br><br>**Defendants.** | **Adv. Pro. No. 19-08289 (RDD)** |

**NOTICE OF FILING OF**
**PROPOSED ELEVENTH AMENDED PRELIMINARY INJUNCTION ORDER**

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE NOTICE** that on September 18, 2019, Purdue Pharma L.P. and certain other of the debtors ("**Debtors**")[2] who are plaintiffs in the above-captioned adversary proceeding, filed the *Motion for a Preliminary Injunction* (the "**September 18 Motion**"), pursuant to section 105 of title 11 of the United States Code (the "**Bankruptcy Code**"), seeking entry of an order staying active cases brought by governmental entities against Debtors and active claims against certain related parties.

**PLEASE TAKE FURTHER NOTICE** that on November 6, 2019, the Court issued the *Second Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction* (ECF 105) staying, until April 8, 2020, active cases brought by governmental entities against Debtors and active claims against related parties as defined therein. On March 4, 2020, Debtors filed the *Motion to Extend the Preliminary Injunction* (the "**March 4 Motion**," together with the September 18 Motion, the "**Motions**") seeking to extend the order pursuant to section 105 of the Bankruptcy Code to October 5, 2020. On March 30, 2020, the Court issued the *Eighth Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction* (ECF No. 168) staying, until October 5, 2020, active cases brought by governmental entities against Debtors and active claims against related parties as defined therein ("**Related Parties**"). The currently operative order is the *Tenth Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction* (ECF No. 185) ("**Tenth Amended Order**").

[2] Although only certain of the Debtors (Purdue Pharma L.P.; Purdue Pharma Inc.; Purdue Pharma Manufacturing L.P.; Purdue Pharmaceuticals L.P.; Purdue Transdermal Technologies L.P.; Purdue Pharmaceutical Products L.P.; Purdue Pharma of Puerto Rico; Rhodes Pharmaceuticals L.P.; Rhodes Technologies; and Avrio Health L.P.) are defendants in the over 2,600 civil actions pending against the Debtors in various state and federal courts and other fora across the United States and its territories (the "**Pending Actions**"), the term "Debtors" is used for ease of reference.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Tenth Amended Order, Debtors may promptly serve plaintiff or plaintiffs ("**Applicable Plaintiffs**") in (i) any litigation currently pending against the Debtors or Related Parties that becomes active or (ii) any action commenced against the Debtors or Related Parties (in either case, an "**Additional Action**"), with a copy of the Complaint,[3] the Motions, the Debtors' memoranda of law in support of the Motions, and the Tenth Amended Order (together, the "**Service Documents**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Tenth Amended Order, the Debtors, through their service agent Prime Clerk LLC, served the Service Documents on certain Applicable Plaintiffs on July 7, 2020, and filed the *Notice of Service of the Tenth Amended Order Granting Preliminary Injunction on Additional Actions and Applicable Plaintiffs* on July 8, 2020 (ECF 187), the affidavit of service for which was filed by Prime Clerk LLC on July 14, 2020 (ECF 188).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Tenth Amended Order, the objection of each Applicable Plaintiff, if any, was due on July 14, 2020. No such objections have been filed as of the date of this Notice.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Tenth Amended Order, the Court may determine whether such Additional Actions should be enjoined without further proceedings.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a proposed Eleventh Amended Order Granting Motion for a Preliminary Injunction (the "**Proposed Eleventh Amended Order**"). The Proposed Eleventh Amended Order includes two updated appendices, Appendices III and IV, which reflect the current Additional Actions. The Proposed Eleventh

[3] All terms not otherwise defined herein are given the meaning ascribed to them in the Tenth Amended Order.

Amended Order is attached hereto as **Exhibit A**. A blackline comparing the Proposed Eleventh Amended Order to the Tenth Amended Order is attached hereto as **Exhibit B**. A blackline comparing Appendix III to the Proposed Eleventh Amended Order and Appendix III to the Tenth Amended Order is attached hereto as **Exhibit C**. A blackline comparing Appendix IV to the Proposed Eleventh Amended Order to Appendix IV to the Tenth Amended Order is attached hereto as **Exhibit D**.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Proposed Eleventh Amended Order and related papers may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. You may also obtain copies of any pleadings by visiting the Court's website at https://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: July 20, 2020
New York, New York

*/s/ Marc. J. Tobak*

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Marc J. Tobak
Gerard X. McCarthy

*Counsel to the Debtors*
*and Debtors in Possession*