LITE DEPALMA GREENBERG & AFANADOR, LLC
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
Allen J. Underwood II, Esq.
e-mail: aunderwood@litedepalma.com

CECERE PC
6035 McCommas Blvd.
Dallas, TX 75206
Tel: 469.600.9455
J. Carl Cecere, Esq.
e-mail: ccecere@cecerepc.com

*Counsel to Lac La Ronge Indian Band*

UNITED STATES BANKRUPTCY
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| PURDUE PHARMA L.L., *et. al.*, | : | Case No. 19-23649 (SL) |
| Debtors. | : | Jointly Administered |
| PURDUE PHARMA L.P., *et. al.*, | : | |
| Plaintiffs, | : | |
| v. | : | Adv. Pro. No. 19-08289 (SL) |
| COMMONWEALTH OF MASSACHUSETTS, et al., | : | |
| Defendants. | : | |

**THE LAC LA RONGE INDIAN BAND'S
<u>MOTION FOR EXTENSION OF TIME TO FILE APPEAL</u>**

**To the Honorable Court:**

Pursuant to Rule 8002(d)(1)(B), Appellant Lac La Ronge Indian Band files this motion for extension of time to file an appeal from the Thirty-Third Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction (the "Thirty-Third Order"). Appellant filed a notice of appeal from the Thirty-Third Order on August 11, 2023. [Bankruptcy Adversary Proceeding Dkt. No. 436]. But that notice was not timely filed.

## RELIEF REQUESTED

For all the reasons stated in the accompanying Memorandum of Law, Appellant Lac La Ronge Indian Band requests that the Court extend the deadline for them to file a notice of appeal from the Thirty-Third Order to and including August 11, 2023, deem the notice of appeal filed on that date to be timely filed, and grant such further relief as justice may require.

Dated: August 16, 2023

Respectfully submitted,

*/s/ Allen J. Underwood, II*

| | |
|---|---|
| J. Carl Cecere<br>CECERE PC<br>6035 McCommas Blvd.<br>Dallas, TX 75206<br>Tel: 469.600.9455<br>ccecere@cecerepc.com | Allen J. Underwood, II<br>LITE DEPALMA GREENBERG &<br>  AFANADOR, LLC<br>570 Broad Street, Suite 1201 Newark, NJ 07102<br>Tel: 973.623.3000<br>Fax: 973.623.0858<br>aunderwood@litedepalma.com<br><br>*Counsel for the Lac La Ronge Indian Band* |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2022, I electronically filed the foregoing with the Clerk of the Court for the Bankruptcy Court of the United States District Court for the Southern District of New York using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Allen J. Underwood II*

**Allen J. Underwood II**