# EXHIBIT A

LITE DEPALMA GREENBERG & AFANADOR, LLC
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
Allen J. Underwood II, Esq.
e-mail: aunderwood@litedepalma.com

CECERE PC
6035 McCommas Blvd.
Dallas, TX  75206
Tel: 469.600.9455
J. Carl Cecere, Esq.
e-mail: ccecere@cecerepc.com

*Counsel to Lac La Ronge Indian Band*

UNITED STATES BANKRUPTCY
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| PURDUE PHARMA L.L., *et. al.*, | : | Case No. 19-23649 (SL) |
| Debtors. | : | Jointly Administered |
| PURDUE PHARMA L.P., *et. al.*, | : | |
| Plaintiffs, | : | |
| v. | : | Adv. Pro. No. 19-08289 (SL) |
| COMMONWEALTH OF MASSACHUSETTS, et al., | : | |
| Defendants. | : | |

**DECLARATION OF J. CARL CECERE IN SUPPORT OF**
**MOTION FOR EXTENSION OF TIME TO FILE APPEAL**

1.      My name is J. Carl Cecere. I am an attorney licensed to practice in Texas. I am counsel for Appellant Lac La Ronge Indian Band. I am over the age of 18 and make this Declaration based on my own personal knowledge in support of Appellant's Motion for Extension of Time to File Appeal.

2.      I inadvertently and mistakenly calendared the deadline for filing that notice employed in the Federal Rules of Appellate Procedure, which allow for a notice appeal to be filed within "30 days after entry of the judgment or order appealed from," Fed. R. App. P. 4(a), rather than the 14 days permitted to file a notice under Fed. R. Bankr. P. 8002(a).

I, J. Carl Cecere, hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 16, 2023          */s/ J. Carl Cecere*
Dallas, Texas

                                      J. Carl Cecere