UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1]<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Plaintiffs,<br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>Defendants. | Chapter 11<br><br>Case No. 19-23649 (SHL)<br><br>(Jointly Administered)<br><br><br><br>Adv. Pro. No. 19-08289 (SHL) |

**AMENDED NOTICE OF APPEAL**
**(FORTIETH AND FORTY-FIRST AMENDED ORDER PURSUANT**
**TO 11 U.S.C. §105(a) GRANTING MOTION**
**FOR A PRELIMINARY INJUNCTION (DOCKET NO. 583))**

Defendant, the State of Maryland, respectfully amends its December 10, 2024 Supplemental Notice of Appeal [D/N 615] to include the Court's December 23, 2024 *Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction* (Docket No. 634) ("Forty-First Order") and any ruling on the pending Motion to Amend [D/N 638] the Forty-First Order. The State of Maryland previously appealed the Court's Thirty-Seventh through

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick and L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Fortieth orders extending the preliminary injunction, and those orders are now before the Court of Appeals for the Second Circuit in No. 24-3156 (docketed Dec. 6, 2024).

The names and counsel of the other parties to the ruling and order from which the appeal is taken are:

| Appellees | Counsel |
|---|---|
| Purdue Pharma L.P. | Marshall S. Huebner |
| Purdue Pharma Inc. | Benjamin S. Kaminetzky |
| Purdue Transdermal Technologies L.P. | James I. McClammy |
| Purdue Pharma Manufacturing L.P. | Marc J. Tobak |
| Purdue Pharmaceuticals L.P. | Joshua N. Shinbrot |
| Imbrium Therapeutics L.P. | DAVIS POLK & WARDWELL LLP |
| Adlon Therapeutics L.P. | 450 Lexington Avenue |
| Greenfield BioVentures L.P. | New York, New York 10017 |
| Seven Seas Hill Corp. | Telephone: (212) 450-4000 |
| Ophir Green Corp. | Facsimile: (212) 701-5800 |
| Purdue Pharma of Puerto Rico | |
| Purdue Products L.P. | |
| Purdue Pharmaceutical Products L.P. | |
| Purdue Neuroscience Company | |
| Nayatt Cove Lifescience Inc. | |
| Button Land L.P. | |
| Rhodes Associates L.P. | |
| Paul Land Inc. | |
| Quidnick and L.P. | |
| Rhodes Pharmaceuticals L.P. | |
| Rhodes Technologies | |
| UDF LP | |
| SVC Pharma LP | |
| SVC Pharma Inc. | |
| | |
| The People of the State of New York | Letitita James, Attorney General |
| | David E. Nachman |
| | Andrew S. Amer |
| | Colleen K. Faherty |
| | Eric R. Haren |

| | |
|---|---|
| | Muhammad Umair Khan<br>OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL<br>28 Liberty Street<br>Manhattan, New York 10005<br>Telephone: (212) 416-8000 |
| Nassau County, New York | Hunter J. Shkolnik<br>NAPOLI SHKOLNIK<br>1302 Avenida Ponce de Leon<br>Santurce, Puerto Rico 00907<br>Telephone: (787) 493-5088 |
| City of Toronto, Canada | Hunter J. Shkolnik<br>NAPOLI SHKOLNIK<br>1302 Avenida Ponce de Leon<br>Santurce, Puerto Rico 00907<br>Telephone: (787) 493-5088 |
| Lac La Ronge Indian Band, and the certain Canadian Municipal and First Nations Creditors | Allen J. Underwood, II<br>LITE DEPALMA GREENBERG & AFANADOR, LLC<br>570 Broad Street, Suite 1201<br>Newark, New Jersey 07102<br>Telephone: (973) 623-3000 |
| Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants | Kenneth H. Eckstein<br>Rachael Ringer<br>David E. Blabey Jr.<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100<br><br>David J. Molton<br>BROWN RUDNICK LLP<br>7 Times Square |

| | |
|---|---|
| | New York, NY 10036<br>Telephone: (212) 209-4800<br><br>Kami E. Quinn (admitted pro hac vice)<br>700 Pennsylvania Ave., SE, Suite 400<br>Washington, D.C. 20003<br>Telephone: (202) 772-2200 |
| The Official Committee of Unsecured Creditors | Melanie L. Cyganowski<br>OTTERBOURG P.C.<br>230 Park Avenue<br>New York, NY 10169<br>Telephone: (212) 661-9100<br><br>Mitchell P. Hurley<br>Arik Preis<br>Katherine Porter<br>Sara L. Brauner<br>Theodore James Salwen<br>Erin E. Parlar<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br><br>Justin R. Alberto<br>COLE SCHOTZ P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-3131 |
| Maria Ecke<br>Estate of David Jonathan Ecke<br>Richard Ecke<br>Andrew Ecke<br>Peter Sottile<br>c/o Maria Ecke, pro se | |

| | |
|---|---|
| Ronald Bass, Sr., pro se<br><br>Carrie L. McGaha, pro se | |

Dated: January 8, 2025

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

　/s/　Brian T. Edmunds
BRIAN T. EDMUNDS
SARAH A. ZADROZNY
Assistant Attorneys General
(admitted pro hac vice)
OFFICE OF THE ATTORNEY GENERAL
200 St. Paul Place
Baltimore, Maryland 21202
(410) 576-6578
bedmunds@oag.state.md.us
*Attorneys for the State of Maryland*

## **CERTIFICATE OF SERVICE**

  I, Brian T. Edmunds, hereby certify that on this 8th day of January 2025, I caused the foregoing Notice of Appeal to be served by this Court's CM/ECF System on all parties who are scheduled to receive notice through the Court's CM/ECF system.

              /s/ Brian T. Edmunds
              BRIAN T. EDMUNDS