DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Marc J. Tobak
Joshua N. Shinbrot

*Counsel to the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>**PURDUE PHARMA L.P.,** *et al.*,<br>Debtors.[1] | Chapter 11<br>Case No. 19-23649 (SHL)<br>(Jointly Administered) |
| **PURDUE PHARMA L.P.,** *et al.*,<br>Plaintiffs,<br>v.<br>**COMMONWEALTH OF MASSACHUSETTS,** *et al.*,<br>Defendants. | Adv. Pro. No. 19-08289 (SHL) |

NOTICE OF HEARING REGARDING MOTION TO
EXTEND THE PRELIMINARY INJUNCTION AND ASSOCIATED DEADLINES
INCLUDING TOLLING

**PLEASE TAKE NOTICE** that on November 4, 2025, Purdue Pharma L.P. ("**Purdue Pharma**") and certain affiliated debtors that are plaintiffs in the above-captioned adversary proceeding, as debtors and debtors in possession (collectively, the "**Debtors**[1]") filed

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925),

contemporaneously with this Notice the *Motion to Extend the Preliminary Injunction and Associated Deadlines Including Tolling* (the "**Motion**"), along with a proposed form of order attached thereto as Exhibit A (the "**Proposed Order**").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion (the "**Hearing**") has been scheduled for **November 18, 2025, at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate in the Hearing are required to appear in person at the time and location noted above or, to observe remotely, register their appearance by **4:00 p.m. (Prevailing Eastern Time) the day before the Hearing** at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing and a failure to appear may result in relief being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "**Objections**") to the Motion shall be filed and served so as to be actually received no later than **November 11, 2025 at 12:00 p.m. (Prevailing Eastern Time)**.  Such Objections (a) should be made in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Rules of the Bankruptcy Court for the Southern District of New York, and all General Orders applicable to

---

Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York; and (c) set forth the name of the objecting party, the basis for the Objection, and the specific grounds thereof, and be filed with the Bankruptcy Court electronically by registered users of the Bankruptcy Court's case filing systems in accordance with General Order M-399.

**PLEASE TAKE FURTHER NOTICE** that any replies in support of the Motion shall be filed and served so as to be actually received no later than **November 13, 2025 at 5:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion, Proposed Orders, and other pleadings filed in the Chapter 11 Case and this Adversary Proceeding may be obtained free of charge by visiting the website of Kroll Restructuring Administration at https://restructuring.ra.kroll.com/purduepharma. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: November 4, 2025
      New York, New York

                                                     By: /s/ *Marshall S. Huebner*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Marc J. Tobak
Joshua N. Shinbrot

*Counsel to the Debtors
and Debtors in Possession*